IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HECTOR RENGIFO, :
:
      Petitioner :
:
v. : CIVIL NO. 3:CV-14-2151
:
COMMONWEALTH OF PENNSYLVANIA, : (Judge Conaboy)
:
      Respondent :

FILED SCRANTON NOV 14 2014 PER_____ DEPUTY CLERK

## ORDER

AND NOW THIS 14th DAY OF NOVEMBER, 2014, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. Petitioner's request to proceed in forma pauperis is **GRANTED**.

2. The petition for writ of habeas corpus is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** the case.

4. Based upon the Court's determination herein, there is no basis for the issuance if a Certificate of Appealability

                            /s/ Richard P. Conaboy
                            RICHARD P. CONABOY
                            United States District Judge